No. 751. WEST TEXAS UTILITIES CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Frank Cain* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 752. WALTERS ET AL. v. HALL. Supreme Court of South Carolina. Certiorari denied. *Arthur J. Goldberg* and *David E. Feller* for petitioners. *Thomas E. McCutchen, Jr.* for respondent.

No. 753. H. KOCH & SONS v. HYCON MFG. CO. C. A. 9th Cir. Certiorari denied. *George B. White* and *Collins Mason* for petitioner. *Robert W. Fulwider* and *Edward E. Tuttle* for respondent.

No. 755. CAMMARATA v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Joseph W. Louisell* and *Ivan E. Barris* for petitioner. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 756. PERMANENTE STEAMSHIP CORP. v. PETERSON. District Court of Appeal of California, First Appellate District. Certiorari denied. *Cyril Appel* and *George Liebermann* for petitioner. *Albert Michelson* for respondent.

No. 764. HUPMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Frank J. Donner, Arthur Kinoy,*

954

*Marshall Perlin* and *David Scribner* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins* and *Philip R. Monahan* for the United States.

No. 767. FRANTZ ET AL., DOING BUSINESS AS FRANTZ EQUIPMENT CO., *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph W. Henderson, George M. Brodhead* and *Harry Norman Ball* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Morton Hollander* for the United States.

No. 769. CITY OF AMARILLO *v.* COPELAND. C. A. 5th Cir. Certiorari denied. *Don H. Culter* for petitioner. *John H. Merchant* and *J. O. Fitzjarrald* for respondent.

No. 770. JOHNSON, ADMINISTRATRIX, *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. C. A. 2d Cir. Certiorari denied. *Jacquin Frank* and *Herman B. Gerringer* for petitioner. *Edward R. Brumley* and *Robert M. Peet* for respondent.

No. 772. LEWIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Capelle Damrell* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 775. UNITED STATES *v.* ROBERSON. Court of Claims. Certiorari denied. *Solicitor General Sobeloff* for the United States. *Clarence G. Pechacek* for respondent.